# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

**Crim. No. 5:20-CR-457-1FL**

**COVEN EARL GABRIEL-VICK**

On July 7, 2023, the above named began supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: April 8, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28th_ day of ___April___, 2026.

Louise W. Flanagan
U.S. District Judge

*Best wishes going forward*
*Jdg Slang*